IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. BARRON, III

      Plaintiff,                      No. 2:12-cv-1986 WBS EFB P

      vs.

SOLANO COUNTY SHERIFF, et al.,

      Defendants.            <u>ORDER</u>

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

////

////

////

1    Plaintiff has not submitted a certified copy of his trust account statement or the
2 institutional equivalent.  He may comply with this requirement by having prison officials
3 complete the "Certificate" portion of the form application for leave to proceed *in forma*
4 *pauperis*.  In his August 13, 2012 application, it appears that plaintiff himself, completed the
5 "Certificate" portion of the form application.  This portion of the form must be completed by a
6 prison official.

7    Accordingly, plaintiff has 30 days from the date this order is served to submit the
8 required trust account statement.  Failure to comply with this order may result in a
9 recommendation that this action be dismissed.  The Clerk of the court is directed to send to
10 plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

11   So ordered.

12 DATED: September 6, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE